NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.*
CABOT GAS CORPORATION, Respondent.

Argued March 2, 1939; decided April 4, 1939.

*Paul Folger* and *Keith D. Poland* for appellant.

*Percival D. Oviatt* and *Robert L. Griffith* for respondent.

Judgment affirmed, with costs; no opinion. (See 280 N. Y. 847.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Taking no part: RIPPEY, J.